IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARK MILES, on behalf of himself and all otherrs
similarly situated in the State of Arkansas          PLAINTIFF

vs.                    CASE NO. **4:06CV001585GH**

SAMSUNG ELECTRONICS COMPANY,
LIMITED, ET AL.                                      DEFENDANTS

## ORDER

The motion of Dianne M. Nast to appear pro hac vice is hereby granted.

IT IS SO ORDERED this 7th day of November, 2006.

*George Howard, Jr.*
_____
UNITED STATES DISTRICT JUDGE

-1-